UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RICKY L. GRAVES,

                Plaintiff,                CIVIL ACTION NO. 06-10607
                                              HON. JOHN CORBETT O'MEARA

v.


DEBRA LANGE, et al.,

                Defendants.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE WHALEN'S
REPORT AND RECOMMENDATION

The Court having reviewed Magistrate Judge Whalen's Report and Recommendation, filed August 29, 2007, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment, filed February 19, 2007 is GRANTED.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss, filed September 04, 2006 is GRANTED IN PART AND DENIED IN PART.

                                          s/John Corbett O'Meara
                                          United States District Judge

Date: September 21, 2007

<u>Certificate of Service</u>

       I hereby certify that the foregoing order was served upon the parties of record on September 21, 2007, by electronic and/or U.S. mail.

<u>s/William Barkholz</u>

Case Manager